IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02922-RPM

FRONTIER AIRLINES, INC. and
REPUBLIC AIRWAYS HOLDINGS, INC.,

      Plaintiffs,

v.

ONLINE REWARD CENTER,
JINIUS CORPORATION,
WORLD AVENUE USA LLC.,
NIUNIU JI, and
DOES NOS. 1-10,

      Defendants.

_____

ORDER DISMISSING DEFENDANT JINIUS CORPORATION
_____

Pursuant to the Stipulated Permanent Injunction, filed December 27, 2010 [10], stating that Jinius Corporation has been dissolved, it is

ORDERED that defendant Jinius Corporation is dismissed from this civil action.

DATED: December 27, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge