# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:1:10-cv-02922-RPM

FRONTIER AIRLINES, INC., AND
REPUBLIC AIRWAYS HOLDINGS INC.,

    *Plaintiffs*,

v.

ONLINE REWARD CENTER,
JINIUS CORPORATION,
WORLD AVENUE USA LLC,
NIUNIU JI, AND
JOHN DOES NOS. 1-10

    *Defendants*.

---

## STIPULATED PERMANENT INJUNCTION
---

Plaintiffs Frontier Airlines, Inc. and Republic Airways Holdings Inc. ("Plaintiffs"), having filed their Complaint on December 1, 2010, and Defendants Online Reward Center, World Avenue USA LLC, Niuniu Ji (together "Defendants"), having stipulated to the entry of this Permanent Injunction,

NOW THEREFORE, upon the consent of the parties thereto,

IT ORDERED, ADJUDGED and DECREED that a Permanent Injunction be entered as follows:

1. Defendants represent that Jinius Corporation has been dissolved.

2. The Court has jurisdiction of the subject matter of this action and over all parties hereto.

3. The FRONTIER Marks, the Animal Tail Designs, the Frontier Airplane Logo and the Frontier Sky Blue Theme are described and defined in the Complaint filed in this action at Dkt. No. 1, which Complaint is incorporated herein and made part hereof.

4. Defendants and their agents, servants, employees, representatives and all those persons in active concert or participation with any of them, are, effective immediately, permanently enjoined and restrained from:

(a) using any and all of the FRONTIER Marks as defined in the Complaint, the Animal Tail Designs as defined in the Complaint, and the Frontier Airplane Logo as defined in the Complaint, and the Frontier Sky Blue Theme as defined in the Complaint when used in conjunction with any of the FRONTIER Marks, the Frontier Animal Tail Designs or the Frontier Airplane Logo, as part of any mark, name, domain name, email, gift card, email address, designation, design, or indicia of origin;

(b) using any of Plaintiffs' registered or common law trademarks including any of the foregoing in connection with Defendants' business, promotional offers, or advertising, whether on Defendants' websites, in emails or through any other media or in any other way; and

(c) engaging in any other conduct which tends falsely to represent or is likely to confuse, mislead or deceive consumers, purchasers, Defendants' customers or prospective customers, or any other members of the public to believe that Defendants are connected with Plaintiffs or are sponsored, approved, or licensed by Plaintiffs or are in some way connected or affiliated with Plaintiffs.

5. The Court shall continue to retain jurisdiction to construe, enforce or implement this Permanent Injunction upon the application of either party.

SO ORDERED:

Date: December 27th, 2010

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

*/s/ Benjamin Vetter*
Benjamin Vetter
FULBRIGHT & JAWORSKI, LLP
370 17th Street, Suite 2150
Denver, Colorado 80202-5638
T: +1 303 801 2700
Email: bvetter@fulbright.com

Mark N. Mutterperl
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
T: +1 212 318 3200
Email: mmutterperl@fulbright.com
**ATTORNEYS FOR PLAINTIFFS**

*s/Gayle L. Strong*
Gayle L. Strong
GREENBERGTRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
T: +1 303.572.6500
Fax: + 1 303.572.6540
Email: Strongg@gtlaw.com

**ATTORNEYS FOR DEFENDANTS**
**Online Reward Center, World Avenue**
**USALLC,Niuniu Ji**